UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| STEVEN B. JOHNSON, ) | Case No. 10-40670-659 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| AMERICAN GENERAL FINANCIAL ) | **Adversary No. 10-4173-659** |
| SERVICES, INC., ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| STEVEN B. JOHNSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

# O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiff American General Financial Services, Inc.'s Complaint to Determine Dischargeability of Debt is GRANTED and judgment on the Complaint is entered in favor of Plaintiff American Finance, and against Defendant Steven B. Johnson in that the debt owed by Defendant to Plaintiff in the amount of $14,927.36 in NOT DISCHARGEABLE in this Bankruptcy case pursuant to 11 U.S.C. § 523 (a)(2)(B); and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 27, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Gerard A. Nieters
American General Finance, Inc.
113 Triad Center W
O'Fallon, MO 63366

American General Financial Services, Inc.
113 Triad West
O'Fallon, MO 63366

Steven B. Johnson
1736 Nemnich Avenue
St. Louis, MO 63136